**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jatone D. Mincey,

      Plaintiff,

          v.                                Case No.   1:20cv1039

The State of Ohio, *et al.*,                   Judge Michael R. Barrett

      Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 9, 2021 (Doc. 6).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 6) have been filed. Accordingly, it is **ORDERED** that the R&R (Doc. 6) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge:

1.   Plaintiff's complaint, to the extent plaintiff brings claims against the State of Ohio, is **DISMISSED with prejudice** because the State of Ohio is immune from suit under the Eleventh Amendment to the United States Constitution;

2.   Plaintiff's complaint, to the extent plaintiff brings claims challenging the criminal charges pending against him, is **DISMISSED without prejudice** pursuant to the *Younger* abstention doctrine;

1

3.   Plaintiff's complaint, to the extent plaintiff seeks relief based on the alleged actions of non-party defendants, is **DISMISSED with prejudice**;

4.   Plaintiff's complaint, to the extent any state-law claims remain against defendants, is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1367(c); and

5.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order adopting the R&R (Doc. 6) would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997), *overruled on other grounds*, *Jones v. Bock*, 549 U.S. 199, 203 (2007).

This matter is **CLOSED** and **TERMINATED** from the active docket of the Court.

**IT IS SO ORDERED.**

_____/s/ *Michael R. Barrett*_____
Michael R. Barrett, Judge
United States District Court